Eric B. Eisinger, WSBA #34293
Jillian A. Harlington, WSBA #48136
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA  99352
Telephone: (509) 735-4444
Fax: (509) 735-7140
eeisinger@walkerheye.com
jharlington@walkerheye.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELISSA WATERBURY, DOUGLAS WATERBURY, and the marital community comprised thereof<br><br>                    Plaintiffs,<br><br>v.<br><br>CENTER FOR EXCELLENCE IN DERMATOLOGY, PLLC, a Washington professional limited liability company, and ROBERT B. HOPP, M.D., JANE DOE HOPP, and the marital community comprised thereof,<br>                    Defendants. | Cause No.<br><br>COMPLAINT<br><br>[Demand for Jury Trial] |

Plaintiffs, by and through their attorneys, complain and allege as follows:

**<u>PARTIES, JURISDICTION & VENUE</u>**

1.    Plaintiffs MELISSA WATERBURY ("Waterbury") and DOUGLAS

COMPLAINT - 1

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER
HEYE
MEEHAN
EISINGER PLLC
ATTORNEYS

2.      WATERBURY are husband and wife, comprise a marital community under the laws of the State of Washington, are United States citizens, and are domiciled in Benton County, within the Eastern District of Washington.

3.      Defendant CENTER FOR EXCELLENCE IN DERMATOLOGY, PLLC ("CED") is a professional limited liability company organized under the laws of the State of Washington, domiciled with its principal place of business in Benton County, within the Eastern District of Washington.

4.      Upon information and belief, Defendants ROBERT B. HOPP, M.D., ("Hopp") and JANE DOE HOPP are husband and wife, comprise a marital community under the laws of the State of Washington, are United States Citizens, and are domiciled in Benton County, within the Eastern District of Washington. The acts and omissions complained of herein were for the benefit of the marital community.

5.      The matters in controversy complained of herein occurred in Benton County, within the Eastern District of Washington.

6.      The Court has jurisdiction pursuant to 28 U.S.C. § 1331.

7.      Venue is proper pursuant to 28 U.S.C. § 1391.

## FACTS

8.       At all times relevant hereto, CED employed more than 50 employees for each working day during each of 20 or more calendar weeks in each calendar year.  CED is a dermatology clinic engaged in commerce.

COMPLAINT - 2

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER
HEYE
MEEHAN
EISINGER

9. At all times relevant hereto, Waterbury was employed by CED as a nurse practitioner in the field of dermatology. Waterbury was consistently employed by CED in this capacity from 2008 until October 2017 at CED's Kennewick, Washington location.

10. At all times relevant hereto, Hopp exercised supervisory authority over Waterbury in her employment with CED and acted in the interest of CED. Hopp is responsible in whole or in part for the violations complained of herein.

11. In January 2017, Waterbury's seven (7) year old biological son "DW" began suffering from a serious health condition which required continuing treatment by a health care provider. As a result, Waterbury needed to request leave on several occasions to take care of DW and take him to medical appointments.

12. Waterbury communicated DW's symptoms to Sara Reyna, CED's office manager, ("Reyna") for the first time in January 2017. Thereafter, Waterbury kept Reyna updated with details of DW's treatment, including what medical providers he was seeing, when and where his medical appointments were, the details of his symptoms and how they changed or stayed the same over time, what medical tests were being performed and what the results were, as well as what conditions and diagnoses were being considered and ruled out.

13. Waterbury requested leave from Reyna when she needed to take time away from work to care for DW. When Waterbury had advance notice of an

COMPLAINT - 3

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER
HEYE
MEEHAN
EISINGER PLLC
ATTORNEYS

appointment, she would tell Reyna the same day the appointment was made that she would need to take leave to attend the appointment.

14.    When DW needed urgent medical care, Waterbury informed Reyna of her need for leave immediately upon learning DW's need for such care.

15.    When Waterbury requested leave, Reyna would verbally approve it and would then reschedule Waterbury's patients' appointments to accommodate her need for leave.  When Waterbury requested leave, she would inform Reyna why she needed the leave.

16.    On Tuesday, January 17, 2017, Waterbury took DW to his pediatrician because he had been suffering from vomiting, diarrhea, and fever for a period of five (5) days.  During this five (5) day period DW was incapacitated and unable to engage in normal daily activities or attend school.  The pediatrician noted DW had lost weight and ultimately diagnosed gastroenteritis.  Waterbury was directed to monitor DW's symptoms and call the pediatrician on Friday if DW was not improving.

17.    By Friday, January 20, 2017, DW's symptoms had persisted, and he was experiencing intense stomach pains.  DW's pediatrician determined labs would need to be performed to identify the cause of the illness.

18.    By Tuesday, January 24, 2017, DW's vomiting seemed to resolve, but intense stomach pains and loose stool persisted.  DW's pediatrician ordered an abdominal x-ray and ran labs which revealed leukocytosis.  The following day,

COMPLAINT - 4

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER
HEYE
MEEHAN
EISINGER PLLC

DW returned to the pediatrician after developing additional symptoms in his ear and was diagnosed with inflammation.

19.    On February 1, 2017, DW returned to his pediatrician complaining of stomach pains, nausea, loose stool, and worsening ear pain.  An ultrasound was performed, revealing mesenteric adenitis (an inflammation of lymph nodes in the abdomen).  The etiology of DW's symptoms remained unknown.

20.    On February 3, 2017, DW returned to the pediatrician once more after waking up crying in pain and having severe diarrhea.  The pediatrician noted lymphadenopathy and directed Waterbury to follow up if symptoms continued so a CT scan could be performed for further evaluation and diagnosis.

21.    By February 6, 2017, DW still could not attend school due to his mysterious symptoms, yet a CT scan had come back normal.  DW was referred to the Children's Hospital in Seattle for further evaluation and diagnosis.

22.    In February 2017, Kari Barnhart, another CED office manager, ("Barnhart") informed Waterbury that CED was going to withhold a portion of her wages because Waterbury had been late on submitting some chart notes for her patients.  In response, Waterbury explained that the chart notes had been late because of the serious health condition her son was suffering from and the leave she had been taking to deal with his mysterious illness.  Waterbury explained DW's symptoms and the course of treatment to date and told Barnhart that DW was referred to the Seattle Children's Hospital for further evaluation.  Waterbury

COMPLAINT - 5

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER
HEYE
MEEHAN
EISINGER

told Barnhart that she had been keeping Reyna informed. Barnhart told Waterbury that Hopp had "already made the decision" to withhold her wages, and she would have to discuss it with him.

23.    After her conversation with Barnhart, Waterbury approached Hopp about withholding her wages. In this conversation, Waterbury reiterated that DW was severely ill, explained his symptoms, and detailed his course of treatment to date. Waterbury told Hopp that DW had an appointment with the Seattle Children's hospital to meet with specialists. Hopp acted concerned for DW and stated that he would not withhold her wages. Hopp then began using his cell phone to research DW's symptoms to try and diagnose the mysterious ailment utilizing Google search.

24.    Waterbury put CED on notice that DW was suffering from a serious health condition which required continuing treatment by a health care provider by communicating DW's symptoms and his course of treatment to Hopp and Reyna.

25.    On February 21, 2017 DW reported to the Children's Hospital in Seattle, Washington where he received additional testing. Ultimately, the cause of DW's illness was not fully identified.

26.    Throughout DW's period of treatment in January and February 2017, Waterbury had to take multiple days of leave from her employment with CED in order to care for DW and transport him to doctor's appointments and hospital visits. During this time, Waterbury informed CED of her son's mysterious serious

COMPLAINT - 6

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER
HEYE
MEEHAN
EISINGER

health condition. In response to this information, Hopp acknowledged that Waterbury was taking leave to assist her son with a serious health condition and encouraged Waterbury, telling her that "family comes first," implying that her unexpected need for periodic time off would not affect her employment.

27. In September 2017, Waterbury was passed over for a promotion to surgery. In the spring of 2016, Hopp and Reyna approached Waterbury and indicated they would like to train her for a promotion to a surgery position. On many occasions thereafter, Hopp said that he intended to promote Waterbury to the surgery position when it became available, and through his actions and words Hopp led Waterbury to believe he was mentoring and training her for that position. When Hopp instead hired from outside CED to fill the position in September 2017, Waterbury requested an explanation from Hopp. Hopp responded that he was unable to promote Waterbury to the surgery position because Waterbury had taken too much leave due to DW's ongoing illness and Hopp "needed someone who can be [t]here consistently."

28. DW's symptoms subsided for a period of time and then returned in the first week of October 2017.

29. The week of October 9, 2017, Waterbury requested leave for 1½ days to care for DW and informed CED that her son's condition had returned. DW was incapacitated and unable to attend school for three days from October 9 to October 11. During this time, he suffered from a fever and vomiting.

COMPLAINT - 7

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER
HEYE
MEEHAN
EISINGER

30. The week of October 18, 2017, Waterbury requested leave for 1½ days to care for DW and informed CED that her son's condition required her absence.

31. On the morning of October 25, 2017, DW's condition sharply declined, and Waterbury was notified by DW's school that he was acutely ill. Waterbury informed Reyna of her son's condition and requested leave to take DW to the pediatrician's office. Reyna requested that Waterbury continue working until noon, despite DW's condition.

32. On the afternoon of October 25, 2017, Barnhart called Waterbury while Waterbury was at Kadlec Hospital with DW and informed Waterbury that she was being terminated. Barnhart informed Waterbury that "Dr. Hopp [was] frustrated with the situation" and that she was being terminated as a result.

33. At the time of Waterbury's termination, DW suffered from a chronic serious medical condition requiring continuing treatment by a health care provider.

34. On October 30, 2017, Waterbury reported back to DW's pediatrician that his symptoms were worsening. The pediatrician referred DW to Seattle Children's Hospital for additional testing.

35. On November 1, 2017, DW was examined by his pediatrician after three weeks of unrelenting abdominal pain. The pediatrician recommended no changes until DW could be further evaluated by Seattle Children's Hospital.

COMPLAINT - 8

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER PLLC
ATTORNEYS

36. On November 9, 2017, DW was evaluated at Seattle Children's hospital after experiencing debilitating stomach cramps and pains for a month.

37. On December 6, 2017 DW underwent an upper endoscopy with biopsies, which revealed distal esophagitis and inflamed GE junction as well as focally active duodenitis.

38. At the time Waterbury requested medical leave, she had worked more than 1250 hours in the preceding 12 months.

39. Prior to her termination, Waterbury had not received any negative performance reviews at CED. Waterbury had been given an increase in the commissions she was entitled to at every annual performance review since she was first employed by CED.

40. Barnhart reported to the Washington State Employment Security Department on behalf of CED that the reason for Waterbury's termination was as follows:

> [Waterbury] has logged excessive absences, late arrivals, and early departures during the course of her employment. As a result, we've had to reschedule many of her patients. Some patients have been rescheduled multiple times and have opted to cancel their appointments altogether and take their business elsewhere.

41. Waterbury does not have a history of absences, late arrival and early departures.

42. CED terminated Waterbury because she took leave to address her son's serious health condition.

COMPLAINT - 9

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER
HEYE
MEEHAN
EISINGER

43.     Waterbury has not been able to obtain similar employment despite making reasonable efforts to apply to available dermatology positions in her geographical region.

## CAUSES OF ACTION

Plaintiffs incorporate all paragraphs of this Complaint as if fully set forth in the following causes of action and further allege:

**Family and Medical Leave Act**
*Interference*

44.     Waterbury was an eligible employee under the Family and Medical Leave Act ("FMLA");

45.     CED was a covered employer under the FMLA;

46.     Waterbury was entitled to FMLA leave on October 25, 2017;

47.     Waterbury gave CED notice of her intention to take FMLA leave; and

48.     Waterbury was denied the ability to take FMLA leave the morning of October 25, 2017.

**Family and Medical Leave Act**
*Retaliation – Non-Promotion*

49.     Waterbury engaged in a statutorily protected activity by taking FMLA leave;

50.     Waterbury was passed over for a promotion; and

51.     Waterbury was passed over for the promotion because she exercised her rights under FMLA.

COMPLAINT - 10

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER
HEYE
MEEHAN
EISINGER

**Family and Medical Leave Act**
*Retaliation - Termination*

52.    Waterbury engaged in a statutorily protected activity by taking FMLA leave;

53.    Waterbury was terminated from her employment with CED; and

54.    Waterbury was terminated by CED because she exercised her rights under FMLA.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs pray for judgment as follows:

55.    Statutory damages in an amount to be proven at trial for lost wages, benefits, and other compensation, plus interest thereon at the statutory rate, pursuant to 29 U.S.C. § 2617(a)(1)(A)(i)-(ii);

56.    Additional liquidated damages in the amount of the above-requested award, pursuant to 29 U.S.C. § 2617(a)(1)(A)(iii);

57.    Equitable relief in the form of front pay, as the court deems appropriate, pursuant to 29 U.S.C. § 2617(a)(1)(B);

58.    Attorney's fees, expert witness fees, and costs of this action, pursuant to 29 U.S.C. § 2617(a)(3); and

59.    For such other and further relief as this Court deems just and proper.

//

//

COMPLAINT - 11

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER
HEYE
MEEHAN
EISINGER

DATED this 10th day of May, 2018.

s/Eric B. Eisinger
Eric B. Eisinger, WSBA #34293
Jillian A. Harlington, WSBA #48136
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA  99352
Telephone: (509) 735-4444
Fax: (509) 735-7140
eeisinger@walkerheye.com
jharlington@walkerheye.com
Attorneys for Plaintiffs

COMPLAINT - 12

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER
HEYE
MEEHAN
EISINGER