# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELISSA WATERBURY, DOUGLAS WATERBURY, and the marital community comprised thereof,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>CENTER FOR EXCELLENCE IN DERMATOLOGY, PLLC, a Washington professional limited liability company, and ROBERT B. HOPP, M.D., JANE DOE HOPP, and the marital community comprised thereof,<br>　　　　　　　　Defendants. | NO: 4:18-CV-5079-TOR<br><br>ORDER ADOPTING STIPULATED PROTECTIVE ORDER |

BEFORE THE COURT is the Parties' Stipulation for Protective Order (ECF No. 12). The Court has reviewed the file and stipulation, and is fully informed. For good cause shown, the Court accepts the Parties' Stipulation.

**ACCORDINGLY, IT IS ORDERED:**

1. The Parties Stipulation for Protective Order (ECF No. 12) is hereby **ADOPTED** as the Court's Order.

ORDER ADOPTING STIPULATED PROTECTIVE ORDER ~ 1

2. Pursuant to the Parties' Stipulation and Fed. R. Evid. 502(d), the production of any documents in this proceeding shall not, for the purposes of this proceeding or any other proceeding in any other court, constitute a waiver by the producing party of any privilege applicable to those documents, including the attorney-client privilege, attorney work-product protection, or any other privilege or protection recognized by law.

The District Court Executive is directed to enter this Order and provide copies to counsel.

DATED November 9, 2018.



_____
THOMAS O. RICE
Chief United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER ~ 2