1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    EASTERN DISTRICT OF WASHINGTON

7   MELISSA WATERBURY,
    DOUGLAS WATERBURY, and the          NO: 4:18-CV-5079-TOR
8   marital community comprised thereof,
                                         ORDER DISMISSING DEFENDANT
9                        Plaintiffs,     JANE DOE HOPP

10       v.

11  CENTER FOR EXCELLENCE IN
    DERMATOLOGY, PLLC, a
12  Washington professional limited
    liability company, and ROBERT B.
13  HOPP, M.D., JANE DOE HOPP, and
    the marital community comprised
14  thereof,
                         Defendants.

15       BEFORE THE COURT is the Parties' Agreed Motion to Dismiss Defendant

16  Jane Doe Hopp (ECF No. 14).  The Court has reviewed the file and agreed motion,

17  and is fully informed.

18       **ACCORDINGLY, IT IS ORDERED:**

19       1.  The Parties Agreed Motion to Dismiss Defendant Jane Doe Hopp (ECF

20       No. 14) is **GRANTED**.


ORDER DISMISSING DEFENDANT JANE DOE HOPP ~ 1

2. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Jane Doe Hopp is dismissed from this action.

3. The Clerk of Court shall terminate Jane Doe Hopp from the docket.

The District Court Executive is directed to enter this Order and provide copies to counsel.

DATED November 13, 2018.



Thomas O. Rice

THOMAS O. RICE
Chief United States District Judge