UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELISSA AND DOUGLAS WATERBURY, and the marital community comprised thereof,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CENTER FOR EXCELLENCE IN DERMATOLOGY PLLC, a Washington professional limited liability company, and ROBERT B. HOPP M.D.,<br><br>　　　　　　　Defendants. | NO: 4:18-CV-5079-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Dismissal (ECF No. 21). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that all of Plaintiffs' claims be dismissed with prejudice and without an award of costs or fees to any party. The Court has reviewed the record and files herein, and is fully informed.

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear its own costs and fees.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** February 19, 2020.



*Thomas O. Rice*
THOMAS O. RICE
Chief United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2