# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

| | |
|---|---|
| MELISSA AND DOUGLAS WATERBURY, | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   4:18-CV-5079-TOR |
| | ) |
| | ) |
| CENTER FOR EXCELLENCE IN DERMATOLOGY PLLC, | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:   All claims and causes of action in this matter are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge    Thomas O. Rice _____ on the parties' Stipulated
   Dismissal ECF No. 21.

Date:   February 19, 2020

 

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Linda L. Hansen
_____
*(By) Deputy Clerk*

Linda L. Hansen
_____